| Attorney or Party without Attorney: <br> Joseph H. Weiss, Esq. <br> Weiss & Lurie <br> 551 Fifth Avenue <br> New York, NY 10176 <br> Telephone No: 212-682-3025  FAX No: 212-682-3010 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Michael Rubin, et al.
Defendant: SemGroup Energy Partners, L.P. et al.

| **AFFIDAVIT OF SERVICE** <br> **Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CV7063 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Related Case Affirmation

3. a. Party served:        SemGroup Holdings L.P.
   b. Person served:       Jim McCarthy, Executive Vice President

4. Address where the party was served:   Two Warren Place
                                          6120 Yale Ave. # 500
                                          Tulsa, OK 74136

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 18, 2008 (2) at: 11:30AM

7. *Person Who Served Papers:*
   a. Kurt Enkelmann
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

8/20/08                    Kurt Enkelmann
(Date)                     (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 4-23-09
                       (Date)

AFFIDAVIT OF SERVICE        Jane A. Bailey
Summons/Complaint           (Notary Public)

*Notary seal: JANE A. BAILEY, NOTARY, #01006794, EXP. 4/23/09, STATE OF OKLAHOMA*

jowei.103902

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Michael Rubin, Individually and On Behalf of All Others Similarly Situated,

V.

SemGroup Energy Partners, L.P., SemGroup Energy Partners G.P., LLC, SemGroup Holdings L.P., Kevin L. Foxx, (see attachment)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 7063

TO: (Name and address of Defendant)

(SEE ATTACHED LIST OF DEFENDANTS)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Weiss & Lurie
551 Fifth Avenue
New York, NY  10176

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              AUG 0 8 2008
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Rubin v. SemGroup Energy Partners, L.P., et al.

Complete List of Defendants

SEMGROUP ENERGY PARTNERS, L.P., SEMGROUP ENERGY PARTNERS G.P. LLC, SEMGROUP HOLDINGS L.P., KEVIN L. FOXX, MICHAEL J. BROCHETTI, ALEX G. STALLINGS, THOMAS L. KIVISTO, GREGORY C. WALLACE, W. ANDERSON BISHOP, BRIAN F. BILLINGS, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and LEHMAN BROTHERS, INC.,

Defendants.

Rubin v. SemGroup Energy Partners, L.P., et al.

Summons Attachment

Semgroup Energy Partners, L.P.
Semgroup Energy Partners G.P., LLC
Semgroup Holdings L.P.
Kevin L. Foxx
Michael J. Brochetti
Alex G. Stallings
Thomas L. Kivisto
Gregory C. Wallace
W. Anderson Bishop
Brian Billings
c/o Semgroup Energy Partners LP
Two Warren Place
6120 South Yale Avenue
Suite 500
Tulsa, OK 74136

Citigroup Global Markets, Inc.
388 Greenwich St.
New York, NY 10013

Merrill Lynch Pierce Fenner & Smith Incorporated
c/o Merrill Lynch & Co., Inc.
4 World Financial Center
250 Vesey Street
New York, NY 10080

Lehman Brothers, Inc.
1271 Avenue of the Americas
44th Floor
New York, NY 10020