IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff<br><br>   vs.<br>SEMGROUP ENERGY PARTNERS, L.P., SEMGROUP ENERGY PARTNERS G.P. LLC, SEMGROUP HOLDINGS L.P., KEVIN L. FOXX, MICHAEL J. BROCHETTI, ALEX G. STALLINGS, THOMAS L. KIVISTO, GREGORY C. WALLACE, W. ANDERSON BISHOP, BRIAN F. BILLINGS, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and LEHMAN BROTHERS, INC.,<br><br>      Defendants. | No. 08-cv-7063 (PAC)<br><br>ECF CASE<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SemGroup Energy Partners G.P., LLC ("SemGroup GP") certifies that the corporate parent of SemGroup GP is SemGroup, L.P., and that, on information and belief, no publicly held corporation owns 10% or more of SemGroup GP's stock.

                TANNENBAUM HELPERN SYRACUSE
                & HIRSCHTRITT L.L.P.

            By:  /S/ Ralph A. Siciliano
                Ralph A. Siciliano (RS-2511)
                George F. du Pont (GD-3240)
                900 Third Avenue
                New York, NY 10022
                Telephone: (212) 508-6700
                Facsimile: (212) 371-1084
                *Attorneys for Defendant SemGroup Energy Partners G.P., LLC*