UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br>SEMGROUP ENERGY PARTNERS, L.P., SEMGROUP ENERGY PARTNERS G.P. LLC, SEMGROUP HOLDINGS L.P., KEVIN L. FOXX, MICHAEL J. BROCHETTI, ALEX G. STALLINGS, THOMAS L. KIVISTO, GREGORY C. WALLACE, W. ANDERSON BISHOP, BRIAN F. BILLINGS, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and LEHMAN BROTHERS, INC.,<br><br>Defendants. | Docket No. 08-cv-7063 (PAC)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Ralph A. Siciliano, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants SemGroup Energy Partners G.P., L.L.C. ("SemGroup GP"), Alex Stallings, Kevin L. Foxx, W. Anderson Bishop and Brian F. Billings in the above-referenced action and demands copies of all notices and papers served in connection with the above referenced action.

Dated: New York, New York
       September 4, 2008

                              TANNENBAUM HELPERN
                              SYRACUSE & HIRSCHTRITT LLP

                              By:_____/S/ Ralph A. Siciliano_____
                                    Ralph A. Siciliano (RS-2511)

                              900 Third Avenue
                              New York, New York 10022
                              (212) 508-6700
                              *Attorneys for Defendants*
                              *SemGroup Energy Partners G.P., L.L.C., Alex*
                              *Stallings, Kevin L. Foxx, W, Anderson Bishop*
                              *and Brian F. Billings*

TO:    Joseph H. Weiss (JW 4534)
Moshe Balsam (MB 0390)
Mark D. Smilow (MS 2809)
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176
*Attorneys for Plaintiffs*

Seth T. Taube, Esq. (ST 6088)
Maureen Reid, Esq. (MR 2326)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Defendant*
*SemGroup Energy Partners, L.P.*

A. Robert Pietrzak, Esq. (AP 1667)
Daniel A. McLaughlin, Esq. (DM 2688)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Attorneys for Defendants*
*Citigroup Global Markets Inc.,*
*Merrill Lynch, Pierce, Fenner*
*& Smith Incorporated, and*
*Lehman Brothers, Inc.*

Philip J. Bezanson (PB 4251)
Bracewell & Giuliani LLP
1177 Avenue of the Americas
19th Floor
New York, NY 10036
*Attorney for Defendant Michael J. Brochetti*

[840928-1]