UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MICHAEL RUBIN, Individually and On Behalf of   :
All Others Similarly Situated,                 :   Docket No. 08-cv-7063 (PAC)
                                               :
              Plaintiff                        :   ECF CASE
                                               :
       vs.                                     :
SEMGROUP ENERGY PARTNERS, L.P.,                :   **NOTICE OF APPEARANCE**
SEMGROUP ENERGY PARTNERS G.P. LLC,             :
SEMGROUP HOLDINGS L.P., KEVIN L. FOXX,         :
MICHAEL J. BROCHETTI, ALEX G. STALLINGS,       :
THOMAS L. KIVISTO, GREGORY C. WALLACE,         :
W. ANDERSON BISHOP, BRIAN F. BILLINGS,         :
CITIGROUP GLOBAL MARKETS INC., MERRILL         :
LYNCH, PIERCE, FENNER & SMITH                  :
INCORPORATED and LEHMAN BROTHERS, INC.,        :
                                               :
              Defendants.                      :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that George F. du Pont, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants SemGroup Energy Partners G.P., L.L.C. ("SemGroup GP"), Alex Stallings, Kevin L. Foxx, W. Anderson Bishop and Brian F. Billings in the above-referenced action and demands copies of all notices and papers served in connection with the above referenced action.

Dated: New York, New York
       September 4, 2008

                                    TANNENBAUM HELPERN
                                    SYRACUSE & HIRSCHTRITT LLP

                                    By:_____/S/ George F. du Pont_____
                                       George F. du Pont (GD-3240)

                                    900 Third Avenue
                                    New York, New York 10022
                                    (212) 508-6700
                                    *Attorneys for Defendants
                                    SemGroup Energy Partners G.P., L.L.C., Alex
                                    Stallings, Kevin L. Foxx, W, Anderson Bishop
                                    and Brian F. Billings*

TO:    Joseph H. Weiss (JW 4534)
Moshe Balsam (MB 0390)
Mark D. Smilow (MS 2809)
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176
*Attorneys for Plaintiffs*

Seth T. Taube, Esq. (ST 6088)
Maureen Reid, Esq. (MR 2326)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Defendant
SemGroup Energy Partners, L.P.*

A. Robert Pietrzak, Esq. (AP 1667)
Daniel A. McLaughlin, Esq. (DM 2688)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Attorneys for Defendants
Citigroup Global Markets Inc.,
Merrill Lynch, Pierce, Fenner
& Smith Incorporated, and
Lehman Brothers, Inc.*

Philip J. Bezanson (PB 4251)
Bracewell & Giuliani LLP
1177 Avenue of the Americas
19th Floor
New York, NY 10036
*Attorney for Defendant Michael J. Brochetti*

[840926-1]